**Fill in this information to identify the case:**

Debtor 1 ___Melissa L. Fields; fka Melissa L Janosi___

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the: ___Southern___ District of ___New York___
(State)

Case number ___18-36355-cgm___

Official Form 410S2

# Notice of Postpetition Mortgage Fees, Expenses, and Charges  12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:** U.S. Bank Trust National Association, as Trustee of Chalet Series III Trust

**Court claim no.** (if known): ___9-1___

**Last 4 digits** of any number you use to identify the debtor's account: _9_ _0_ _4_ _5_

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

❏ No

☑ Yes. Date of the last notice: _01_ / _21_ / _2019_

| Part 1: | Itemize Postpetition Fees, Expenses, and Charges |
|---|---|

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| Description | Dates incurred | | Amount |
|---|---|---|---|
| 1. Late charges | | (1) | $ _____ |
| 2. Non-sufficient funds (NSF) fees | | (2) | $ _____ |
| 3. Attorney fees | 5/28/2020: Motion for Relief | (3) | $ 950.00 |
| 4. Filing fees and court costs | 5/28/2020: Filing Fee | (4) | $ 181.00 |
| 5. Bankruptcy/Proof of claim fees | | (5) | $ _____ |
| 6. Appraisal/Broker's price opinion fees | | (6) | $ _____ |
| 7. Property inspection fees | | (7) | $ _____ |
| 8. Tax advances (non-escrow) | | (8) | $ _____ |
| 9. Insurance advances (non-escrow) | | (9) | $ _____ |
| 10. Property preservation expenses. Specify:_____ | | (10) | $ _____ |
| 11. Other. Specify:_____ | | (11) | $ _____ |
| 12. Other. Specify:_____ | | (12) | $ _____ |
| 13. Other. Specify:_____ | | (13) | $ _____ |
| 14. Other. Specify:_____ | | (14) | $ _____ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

| Part 2: | Sign Here |
|---------|-----------|

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☑ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/ D. Anthony Sottile
   Signature

Date   9 / 11 / 2020

Print:   D. Anthony Sottile
         First Name    Middle Name    Last Name

Title  Authorized Agent for Creditor

Company   Sottile & Barile, LLC

Address   394 Wards Corner Road, Suite 180
          Number        Street
          Loveland, OH 45140
          City           State    ZIP Code

Contact phone   ( 513 ) 444 – 4100

Email  bankruptcy@sottileandbarile.com

| Invoice Date |
| --- |
| 07/10/2020 |

**FV**

Phoua
Chalet III
7310

| Invoice Number |
| --- |

1325 Franklin Avenue
Suite 230
Garden City, NY 11530 US
(212) 471-5100

SN Servicing Corporation
323 5th Street
Eureka, CA 95501

RE: SN Servicing Corporation
Vs: Melissa Fields, Midland Funding LLC, CACH, LLC, Jefferson Capital Systems, LLC, Citibank, N.A., Jim Fields S/H/A
"John Doe #1"
Loan Number:
FV File: Case:190329-5
Property Address: 24 Maple Avenue , Rock Tavern, NY 12575

BILLING SUMMARY:

| COSTS | | |
| --- | --- | --- |
| **DATE** | **COST DESCRIPTION** | **AMOUNT** |
| 05/28/2020 | Court Filing Fee - Motion for Relief, Recoverable | $181.00 |
| 05/28/2020 | Postage - Motion for Relief, Non-Recoverable | $8.80 |
| 06/19/2020 | Postage - Letter, Non-Recoverable | $2.00 |

| FEES | | |
| --- | --- | --- |
| **DATE** | **FEE DESCRIPTION** | **AMOUNT** |
| 05/28/2020 | BK Motion for Relief (Non-Recoverable), Non-Recoverable | $100.00 |
| 05/28/2020 | BK Motion for Relief (Recoverable), Recoverable | $950.00 |

| TOTALS | |
| --- | --- |
| **DESCRIPTION** | **AMOUNT** |
| Total Costs Since Last Billing | $191.80 |
| Total Fees Since Last Billing | $1,050.00 |
| **Total Amount Due** | **$1,241.80** |

Thank you for the opportunity to be of service.

OK to Pay
PA



**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**POUGHKEEPSIE DIVISION**

In Re:

Case No. 18-36355-cgm

Melissa L. Fields
   *fka* Melissa L Janosi

Chapter 13

Debtor.

Judge Cecelia G. Morris

---

### CERTIFICATE OF SERVICE

I certify that on September 11, 2020, a copy of the foregoing Notice of Postpetition Mortgage Fees, Expenses, and Charges was filed electronically. Notice of this filing will be sent to the following party/parties through the Court's ECF System. Party/Parties may access this filing through the Court's system:

> Andrea B. Malin, Debtor's Counsel
> genmallaw@optonline.net

> Krista M. Preuss, Chapter 13 Trustee
> info@ch13kp.com

> Office of the United States Trustee
> ustpregion02.pk.ecf@usdoj.gov

I further certify that on September 11, 2020, a copy of the foregoing Notice of Postpetition Mortgage Fees, Expenses, and Charges was mailed by first-class U.S. Mail, postage prepaid and properly addressed to the following:

> Melissa L. Fields, Debtor
> 24 Maple Ave
> Rock Tavern, NY 12575

Dated: September 11, 2020

/s/ D. Anthony Sottile
D. Anthony Sottile
Authorized Agent for Creditor
Sottile & Barile, LLC
394 Wards Corner Road, Suite 180
Loveland, OH 45140
Phone: 513.444.4100
Email: bankruptcy@sottileandbarile.com